■ JUDITH A. McPOLAND, as Administratrix of the Estate of MARK H. McPOLAND, Deceased, Appellant, v BARDEN & ROBESON CORPORATION et al., Respondents and Third-Party Plaintiffs-Respondents. TOM GREENAUER DEVELOPMENT, INC., Third-Party Defendant-Respondent.—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Fudeman, J. (Appeal from judgment of Supreme Court, Erie County, Fudeman, J.—partial summary judgment.) Present—Boomer, J. P., Green, Pine, Balio and Lawton, JJ.